**Order entered August 27, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00790-CR

**JEREMY WAYNE MILLS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-72093-U**

## ORDER

The reporter's record was due June 21, 2019. When it was not filed, we notified court reporter Sasha Brooks by postcard dated July 3, 2019 and directed her to file the reporter's record by August 2, 2019. To date, the reporter's record has not been filed and we have had no communication from Ms. Brooks.

We **ORDER** the complete reporter's record filed **BY SEPTEMBER 27, 2019**. We caution Ms. Brooks that the failure to file the reporter's record by that date will result in the Court taking whatever remedies it has available to ensure that the appeal proceeds in a timely fashion, which may include ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District Court; Sasha Brooks, official court reporter, 291st Judicial District Court; and to counsel for all parties.

/s/     BILL PEDERSEN, III
         JUSTICE